663 A.2d 1353

W.S. v. DIVISION OF MEDICAL ASSISTANCE AND HEALTH
SERVICES AND MIDDLESEX COUNTY BOARD OF
SOCIAL SERVICES.

June 21, 1995.

Certification is granted and summarily remanded to the Appellate Division for reconsideration in light of *L.M. v. State of New Jersey, Division of Medical Assistance and Health Services, et al.,* 140 N.J. 480, 659 A.2d 450 (1995).